IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY HESSLER, ) | |
| ) | |
| Petitioner, ) | 8:14CV357 |
| ) | |
| V. ) | |
| ) | |
| MICHAEL L. KENNEY, Director, ) | ORDER |
| Nebraska Department of Corrections, ) | |
| ) | |
| Respondent. ) | |

This is a death penalty habeas corpus case. Having reviewed the petition,

IT IS ORDERED that:

1. Alan G. Stoler and Scott W. Baden are appointed to represent Mr. Hessler pursuant to the Criminal Justice Act. Vouchers and other financial matters related to this appointment shall continue to be filed in the case styled *In Re Jeffrey A. Hessler*, 8:12MC26. The Clerk shall place a copy of this Order in 8:12MC26.

2. On or before the close of business on Monday, December 1, 2014, counsel for Petitioner shall file a "Summary of Claims." Each claim set forth in the petition shall be summarized to include a claim number (using arabic numerals), a short and plain statement of the claim, the filing number of the petition, and the CM/ECF page where the claim begins and ends.[1]

DATED this 19th day of November, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

[1] For example: "Claim 1–The Admission of Statements Illegally Obtained from Mr. Hessler Violated His Constitutional Rights, filing no. 1 at CM/ECF pp. 4-7."