IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY HESSLER, ) | |
| ) | |
| Petitioner, ) | 8:14CV357 |
| ) | |
| v. ) | |
| ) | |
| SCOTT FRAKES, Director, Nebraska ) | **ORDER** |
| Department of Corrections, ) | |
| ) | |
| Respondent. ) | |
| ) | |

After careful consideration of the petitioner's Unopposed Motion to Stay Proceedings and to Hold This Matter in Abeyance (Filing 11), the respondent's response to such motion (Filing 12), and discussion with counsel at a hearing held this date,

IT IS ORDERED:

1. The petitioner's Unopposed Motion to Stay Proceedings and to Hold This Matter in Abeyance (Filing 11) is granted; and

2. The respondent's counsel shall submit a status report to this court within six (6) months of the date of this order.

DATED this 23rd day of April, 2015.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.