IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY HESSLER, | ) | |
| | ) | |
| Petitioner, | ) | 8:14CV357 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, Director, | ) | **ORDER** |
| Nebraska Department of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

On April 23, 2015, the court granted (Filing 17) the petitioner's Unopposed Motion to Stay Proceedings and to Hold This Matter in Abeyance (Filing 11) and ordered the respondent's counsel to submit a status report within six months of the date of that order. The respondent's counsel has not filed a status report.

Accordingly,

IT IS ORDERED that the respondent's counsel shall file a status report in this case on or before November 6, 2015.

DATED this 27th day of October, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge