IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY HESSLER, | ) |
| | ) |
| Petitioner, | )   8:14CV357 |
| | ) |
| v. | ) |
| | ) |
| SCOTT FRAKES, Director, | )   **ORDER** |
| Nebraska Department of Corrections, | ) |
| | ) |
| Respondent. | ) |

    Pursuant to this court's order, the respondent's counsel has filed a status report (Filing 19) stating that the petitioner in this case has appealed the denial of his motion for postconviction relief in state court, and such appeal is now pending in the Nebraska Court of Appeals.

    IT IS ORDERED that the respondent's counsel shall submit a status report regarding the progress of the petitioner's state-court proceedings on or before April 28, 2016.

    DATED this 28th day of October, 2015.

                                                          BY THE COURT:

                                                          *Richard G. Kopf*
                                                          Senior United States District Judge