IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JEFFREY HESSLER, | ) | |
|---|---|---|
| Petitioner, | ) | 8:14CV357 |
| v. | ) | |
| SCOTT FRAKES, Director, | ) | **ORDER** |
| Nebraska Department of Corrections, | ) | |
| Respondent. | ) | |

Pursuant to this court's prior order (Filing 20), Respondent's counsel has filed a status report (Filing 23) regarding the progress of Petitioner's state-court proceedings. Counsel reports that Petitioner's state-court appeal from the denial of post-conviction relief was moved from the Nebraska Court of Appeals docket to the Nebraska Supreme Court docket on April 21, 2016; that Petitioner's appeal will most likely be heard during the Fall 2016 argument session; and that an opinion disposing of the appeal should not be expected sooner than one month after oral arguments.

IT IS ORDERED that Respondent's counsel shall file a status report regarding the progress of Petitioner's state-court appeal on or before November 1, 2016.

DATED this 28th day of April, 2016.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge